UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 07-155-S-KSF

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                      **OPINION & ORDER**

CHARLES WESLEY COLLINS                                                 DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Currently before the Court are the motions of the defendant, Charles Wesley Collins, for an emergency stay of the judgment and sentence in this matter pending his appeal to the United States Court of Appeals for the Sixth Circuit [DE ##92, 94]. The defendant has also submitted a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence [DE #95].

By its order of July 29, 2008, this Court has previously denied Collin's request for a stay of his sentence pending appeal [DE #96]. For the reasons contained therein, Collins' current motions for a stay of the judgment and sentence will also be denied. With respect to Collins' §2255 motion, the Court finds that this motion is premature inasmuch as Collins' direct appeal to the Sixth Circuit is currently pending. *Capaldi v. Pontesso*, 135 F.3d 1122, 1123 (6th Cir. 1998).

Accordingly, for the reasons set forth above and the Court being fully and sufficiently advised, **IT IS HEREBY ORDERED** that:

    (1)    Collins' emergency motion for intermediate relief [DE #92] is **DENIED**;

    (2)    Collins' motion to stay sentence [DE #94] is **DENIED**; and

(3)  Collins' §2255 motion to vacate [DE #95] is **DENIED WITHOUT PREJUDICE**.

This July 31, 2008.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge